FEBRUARY 4, 2003

No. 02–8877 (02A642).  IN RE ELLIOTT.  Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.  Petition for writ of habeas corpus denied.  JUSTICE SCALIA took no part in the consideration or decision of this application and this petition.

No. 02–8867 (02A638).  ELLIOTT v. TEXAS.  Ct. Crim. App. Tex.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.  Certiorari denied.

No. 02–8878 (02A643).  KENLEY v. ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.  Certiorari denied.

FEBRUARY 6, 2003

No. 02–7404 (02A626).  DUNN v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.  Certiorari denied.  JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

FEBRUARY 13, 2003

No. 02–9009 (02A676).  FIELDS v. OKLAHOMA.  Ct. Crim. App. Okla.  Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied.  Certiorari denied.